**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Christopher Andaryl WILLS,**
**Defendant–Appellant.**

**No. 02–6454.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 28, 2002.

Decided Sept. 25, 2002.

Christopher Andaryl Wills, Appellant Pro Se. Thomas Michael DiBiagio, Tarra R. DeShields–Minnis, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Christopher Andaryl Wills seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Wills has not made a substantial showing of the denial of a constitutional right. *See United States v. Wills,* Nos. CR–99–52–S; CA–02–119–S (D.Md. Jan. 14, 2002). Accordingly, we

deny Wills' motion for a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*